# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

**UNITED STATES OF AMERICA**

-vs-                                              **Case Number: 2:98-cr-57-FtM-29DNF**

**ALTON BLANDING**

                                                  **USM Number: 20676-018**


                                                  Martin DerOvanesian, FPD
                                                  1514 Broadway
                                                  Fort Myers, FL. 33901


## JUDGMENT IN A CRIMINAL CASE
## For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers Three, Four, Five, Six, Nine & Ten of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| Three | New Criminal conduct, Possession of Drug Paraphernalia while on supervision in violation of the conditions of supervision | November 21, 2007 |
| Four | Positive urinalysis for marijuana while on supervision in violation of Condition Seven of the Standard Conditions of Supervision | November 18, 2007 |
| Five | Positive urinalysis for amphetamines while on supervision in violation of Condition Seven of the Standard Conditions of Supervision | November 26, 2007 |
| Six | Positive urinalysis for marijuana while on supervision in violation of Condition Seven of the Standard Conditions of Supervision | November 28, 2007 |
| Nine | Positive urinalysis for marijuana while on supervision in violation of Condition Seven of the Standard Conditions of Supervision | January 11, 2008 |
| Ten | Positive urinalysis for amphetamines while on supervision in violation of Condition Seven of the Standard Conditions of Supervision | January 11, 2008 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**Violation Charge Numbers One, Two, Seven & Eight dismissed on motion of the government.**

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

2/1/2008

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

February ____/____, 2008

AO 245B (Rev. 6/05) Judgment in a Criminal Case

ALTON BLANDING
2:98-cr-57-FtM-29DNF

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **12 Months & One Day**

**The defendant is remanded to the custody of the United States Marshal.**

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

ALTON BLANDING
2:98-cr-57-FtM-29DNF

## SUPERVISED RELEASE IS REVOKED AND NOT REIMPOSED